UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

               Plaintiff,

-against-

Damontray Ayala,

               Defendant.

---

7:17-MJ-7802(MRG)

**JUDGMENT**

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on April 27, 2018. The Court thereafter accepted the defendant's plea of guilty to Unlicensed Operation of a Vehicle, in violation of § 509.1 of the New York Vehicle and Traffic Law, in full satisfaction of the Misdemeanor Complaint filed on October 20, 2017, it is

ORDERED, ADJUDGED AND DECREED that the defendant pay a fine of $50.00 by May 22, 2018 or appear on May 23, 2018 to explain why the fee has not been paid.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge